Nos. 568 and 569. CANADIAN CLUB CORP. v. CANADA DRY GINGER ALE, INC. January 23, 1933. Petition for writs of certiorari to the Circuit Court of Appeals for the

Third Circuit denied. MR. JUSTICE ROBERTS took no part in the consideration or decision of this application. *Messrs. Charles H. Stoddard* and *Paul Freeman* for petitioner. *Messrs. Edward S. Rogers* and *Robert T. McCracken* for respondent. See also 46 F. (2d) 964.